

1  KIEVE LAW OFFICES
     Loren Kieve (Bar No. 56280)
2    lk@kievelaw.com
   50 California Street, 15th Floor
3  San Francisco, California  94111
   Telephone:     (415) 364-0060
4  Facsimile:     (415) 439-5377

5  Counsel for plaintiff Silgan Containers
   Corporation
6

7

8            UNITED STATES DISTRICT COURT FOR THE

9              NORTHERN DISTRICT OF CALIFORNIA

10                 San Francisco Division

11

12  SILGAN CONTAINERS CORPORATION

13            Plaintiff,                 Civil Action No.

14       vs.                            COMPLAINT

15  NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA., and    (For Breach of Insurance Contracts)
16  ZURICH AMERICAN INSURANCE
    COMPANY,                            DEMAND FOR JURY TRIAL
17
            Defendants.
18

19

20                        *Parties*

21       1.    Plaintiff Silgan Containers Corporation ("Silgan") is a Delaware corporation with its

22  principal place of business in California.

23       2.    Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National

24  Union") is a Pennsylvania corporation with its principal place of business in New York.

25       3.    Defendant Zurich American Insurance Company ("Zurich") is an Illinois corporation

26  with its principal place of business in Illinois.

27       //

28       //

Complaint                              1

1

*Jurisdiction*

2    4.    This court has jurisdiction under 28 U.S.C. § 1332(a)(1) because the action is between

3  citizens of different states and the amount in controversy exceeds the sum or value of $75,000

4  exclusive of interest and costs.

5

*Intradistrict Assignment*

6    5.    Venue is proper in this court and division under 28 U.S.C. § 1391(a) and Civil Local

7  Rule 3-2.

8

*Facts*

9    6.    Defendant Zurich issued a Commercial General Liability Insurance Policy, number

10  GLO 2984087-03, to Silgan with an effective date of November 1, 2003 and ending date of

11  November 1, 2004 (the "Zurich policy").

12    7.    Defendant National Union issued an Umbrella Liability Policy, number BE 2977893,

13  to Silgan's parent company, Silgan Holdings Inc., for the period November 1, 2003 to November

14  1, 2004 (the "National Union umbrella policy").

15    8.    The National Union umbrella policy also covers Silgan as a named insured.

16    9.    During the period covered by both policies, Silgan received a claim from one of its

17  customers, Del Monte Corporation ("Del Monte"), for damages and losses Del Monte had

18  incurred during the period covered by the Zurich and National Union policies as a result of

19  defective fruit cup cans (referred to as "4 oz EZO" cans) sold by Silgan to Del Monte (the "Del

20  Monte fruit cup claim").

21    10.    Del Monte's fruit cup claim was based on the fruit cup cans' tops not opening, which

22  made the fruit product in the cans unusable.

23    11.    Zurich has agreed to pay the Del Monte claim up to the $1.5 million limit of the

24  Zurich policy, subject to Silgan's deductible of $250,000.

25    12.    Zurich has taken the position that it will not actually pay the claim until National

26  Union pays the amount covered by the National Union Umbrella policy and Del Monte executes a

27  release.

28

Complaint                                    2

13. By letter dated August 1, 2007, ESIS, Inc., Silgan's claim administrator for the claim, confirmed with Zurich that it accepted the Del Monte claim and agreed to pay to Silgan the policy limit of Zurich's policy in the amount of $1.5 million, subject to Silgan's deductible under the policy of $250,000.

14. National Union has refused to confirm coverage under the National Union umbrella policy for the Del Monte fruit cup claim.

15. National Union's failure to confirm coverage is wrongful and improper because the Del Monte fruit cup claim is plainly covered by the terms of the National Union umbrella policy.

16. The amount of the fruit cup claim submitted by Del Monte and accepted by Zurich is $4,677,963.76. This loss Silgan incurred as a result of the Del Monte fruit cup claim has been finally determined for purposes of both the Zurich and the National Union umbrella policies.

17. The National Union umbrella policy is excess to the $1.5 million of coverage for "Products/Completed Operations" under the Zurich policy, less a $10,000 "Self Insured Retention" by Silgan.

18. Silgan has exhausted the limits of the Zurich policy for the Del Monte fruit cup claim.

19. The excess owed by National Union to Silgan for the Del Monte fruit cup claim under the National Union umbrella policy is $3,177,963.70, less Silgan's $10,000 "Self Insured Retention," for a net amount due and owing by National Union to Silgan of $3,167,963.70.

20. National Union has had the Del Monte fruit cup claim for over three years.

21. National Union has had all the information necessary to accept and pay for the Del Monte fruit cup claim since August 2005, over two and a half years ago.

22. National Union has failed and refused to properly investigate the Del Monte fruit cup claim.

23. National Union has failed and refused to properly pay Silgan for the amounts National Union owes to Silgan under the National Union umbrella policy for the Del Monte fruit cup claim.

24. National Union has failed and refused to properly accept and consent to the payment of $3,167,963.70 to Silgan to resolve the Del Monte fruit cup claim.

Complaint                                                3

1      25.  National Union has failed and refused to honor its duty of good faith and fair dealing

2  to Silgan under the National Union umbrella policy.

3      26.  Zurich has wrongfully and unreasonably delayed payment of the amount it owes to

4  Silgan under the Zurich policy for the Del Monte fruit cup claim.

5      27.  As a result of defendants' acts and omissions, Silgan has been required to retain

6  counsel to assist it in requiring defendants to comply with their obligations under the Zurich and

7  National Union umbrella policies.

8                                  *Count I*

9                        *Breach of Duty to Investigate*

10     28.  Silgan repeats and incorporates the preceding allegations.

11     29.  National Union has breached its duty to timely and properly investigate the Del

12  Monte fruit cup claim.

13                                *Count II*

14                           *Breach of Duty to Pay*

15     30.  Silgan repeats and incorporates the preceding allegations.

16     31.  National Union has breached its duty to pay Silgan the amount owed Silgan under the

17  National Union umbrella policy for the Del Monte fruit cup claim.

18                               *Count III*

19               *Breach of Duty of Good Faith and Fair Dealing*

20     32.  Silgan repeats and incorporates the preceding allegations.

21     33.  National Union has breached its duty of good faith and fair dealing under the National

22  Union umbrella policy in connection with the Del Monte fruit cup claim.

23                                *Count IV*

24                   *Breach of California Insurance Code*

25     34.  Silgan repeats and incorporates the preceding allegations.

26     35.  National Union has violated §§ 790.03(h)(3), (4) and (5) of the California Insurance

27  Code.

28

Complaint                                      4

1

*Count V*

2

***Breach of Duty to Pay (Zurich)***

3    36.  Silgan repeats and incorporates the preceding allegations.

4    37.  Zurich has breached its duty to pay Silgan the amount owed Silgan under the Zurich

5 policy for the Del Monte fruit cup claim.

6

*Count VI*

7

***Declaratory Judgment***

8    38.  Silgan repeats and incorporates the preceding allegations.

9    39.  There exists an actual controversy among the parties as to (a) National Union's duties

10 and breach of its duties to Silgan under the terms of the National Union umbrella policy and (b)

11 Zurich's duty to indemnify Silgan under the terms of the Silgan policy.

12

***Prayer for Relief***

13    40.  Silgan therefore prays for a judgment against National Union and Zurich as follows:

14        (a) awarding Silgan the sum of $1.25 million against Zurich;

15        (b) awarding Silgan the sum of  $3,167,963.70 against National Union;

16        (c) awarding Silgan appropriate pre- and post-judgment interest on these amounts;

17        (d) awarding Silgan as additional damages the attorney fees it has incurred in

18           requiring National Union and Zurich to comply with the terms of the their

19           respective policies;

20        (e) declaring that National Union and Zurich are legally obligated to comply with

21           the terms of their respective policies by paying Silgan the amounts owed to it

22           for the Del Monte fruit cup claim;

23        (f) awarding Silgan the costs incurred in this litigation; and

24        (g) granting Silgan such additional relief as may be just under the circumstances.

25 April 30, 2008                      Kieve Law Offices

26                               By_____

27                               Loren Kieve (Bar No. 56280)
                                 lk@kievelaw.com

28

50 California Street, 15th Floor
San Francisco, California 94111
Telephone:    (415) 364-0060
Facsimile:    (415) 439-5377

Counsel for plaintiff Silgan Containers
Corporation

### *Jury Demand*

Plaintiff Silgan Containers Corporation demands a jury trial as to all issues triable to a jury.

_____
Loren Kieve
Counsel for plaintiff Silgan Containers
Corporation

Complaint                                          6

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

Silgan Containers Corporation

**DEFENDANTS**

National Union Fire Insurance Company of Pittsburgh, Pa., and Zurich American Insurance Company

**(b)** County of Residence of First Listed Plaintiff    Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Loren Kieve (Bar. No. 56280)
Kieve Law Offices
50 California Street, Suite 1500
San Francisco, California 94111    415 364-0060

Attorneys (If Known)

E-filing    ADR

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [X] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332(a)(1)

Brief description of cause:
Suit for breach of insurance contracts

**VII. REQUESTED IN COMPLAINT:**

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 4,417,963

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY**

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
**(PLACE AND "X" IN ONE BOX ONLY)**    [X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE
April 30, 2008

SIGNATURE OF ATTORNEY OF RECORD
Loren Kieve

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018663
Cashier ID: almaceh
Transaction Date: 04/30/2008
Payer Name: LOREN KIEVE
------------------------------------
CIVIL FILING FEE
 For: SILGAN
 Case/Party: D-CAN-3-08-CV-002246-001
 Amount:       $350.00
------------------------------------
CHECK
 Check/Money Order Num: 5543
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:      $0.00

PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```