KIEVE LAW OFFICES
Loren Kieve (Bar No. 56280)
lk@kievelaw.com
50 California Street, 15th Floor
San Francisco, California 94111
Telephone:     (415) 364-0060
Facsimile:     (415) 439-5377

Counsel for plaintiff Silgan Containers Corporation

E-filing

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SILGAN CONTAINERS CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. CV 08 2246 <br><br> Certification of Interested Entities or Persons |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed corporations may have a financial interest in the subject-matter in controversy or in a party to the proceeding:

Del Monte Corporation

Silgan Holdings Inc.

April 30, 2008

Kieve Law Offices

By /s/ Loren Kieve

Loren Kieve (Bar No. 56280)
lk@kievelaw.com

50 California Street, 15th Floor

Certification of Interested Entities or Persons    1

1 | San Francisco, California 94111
2 | Telephone:  (415) 364-0060
  | Facsimile:  (415) 439-5377
3 | Counsel for plaintiff Silgan Containers Corporation
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Certification of Interested Entities or Persons    2