1  KIEVE LAW OFFICES
   LOREN KIEVE Bar No. 56280
2  50 California Street, 15th Floor
   San Francisco, California 94111
3  Telephone: (415) 364-0060
   Facsimile: (415) 439-5377
4
   Attorneys for Plaintiff
5  SILGAN CONTAINERS CORPORATION

6

   MCCURDY & FULLER LLP
7  MARY P. MCCURDY Bar No. 116812
   4300 Bohannon Drive, Suite 240
8  Menlo Park, California 94025
   Telephone: (650) 618-3500
9  Facsimile: (650) 618-3599

10 RICHARD H. NICOLAIDES, JR.
   NINA MARKOUTSIS
11 Bates & Carey LLP
   191 North Wacker Drive, Suite 2400
12 Chicago, Illinois 60606
   Telephone: (312) 762-3100
13 Facsimile: (312) 762-3200

14 Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
15

16 SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
17 bruce.celebrezze@sdma.com
   NICHOLAS J. BOOS Bar No. 233399
18 nicholas.boos@sdma.com
   One Market Plaza
19 Steuart Tower, 8th Floor
   San Francisco, California 94105
20 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
21
   Attorneys for Defendant
22 ZURICH AMERICAN INSURANCE COMPANY

23

24

25                    [Caption Continues on Next Page]

26

27

28

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILGAN CONTAINERS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 3:08-cv-02246-PJH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Pursuant to Northern District Local Rule 6-1(a), plaintiff Silgan Containers Corporation ("Silgan"), and defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Zurich American Insurance Company ("Zurich"), by and through their attorneys, hereby stipulate and agree to an extension of time for National Union and Zurich to answer, move, or otherwise respond to Silgan's complaint. Specifically, pursuant to said stipulation and agreement, defendants' responsive pleadings shall be due on or before July 16, 2008.

IT IS SO STIPULATED.

DATED: May 21, 2008          KIEVE LAW OFFICES

By: _/s/ Loren Kieve_
LOREN KIEVE
Attorney for Plaintiff
SILGAN CONTAINERS CORPORATION

DATED: May 21, 2008          MCCURDY & FULLER LLP

By: _/s/ Mary P. McCurdy_
MARY P. MCCURDY
Attorney for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

1 | DATED: May 21, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
BRUCE D. CELEBREZZE
NICHOLAS J. BOOS
Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY