KIEVE LAW OFFICES, INC.
  Loren Kieve (Bar No. 56280)

5A Funston Avenue
The Presidio of San Francisco
San Francisco, California 94129
Telephone:    (415) 364-0060
Facsimile:     (415) 364-0060
lk@kievelaw.com

Counsel for plaintiff Silgan Containers Corporation

(Counsel for other parties listed in the signature blocks below)

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SILGAN CONTAINERS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. C 08-02246 PJH<br><br>Stipulation and [proposed] Order Further Extending Time to Respond to the Complaint and Extending the Date for the Initial Case Management Conference Pending Mediation by the Parties of Their Dispute |

The parties hereby stipulate and respectfully request that the Court order that

(a) the defendants' time to respond to the complaint be further extended to and including October 15, 2008; and

(b) the initial case management conference, now set for August 7, 2008, be reset for a date convenient to the Court on or around October 15, 2008.

The reason for this stipulation and the requested order is that the parties are in the process of arranging a mediation of their dispute, to be held on September 23 and 24, 2008. If mediation is successful, it will obviate the need for further proceedings.

Stipulation and [proposed] Order          1          Civil Action No. 08-02246 PJH

| | |
|---|---|
| 1  July 15, 2008 | Kieve Law Offices, Inc. |
| 2 | By /s/ Loren Kieve |
| 3 | Loren Kieve (Bar 56280) |
| 5 | 5A Funston Avenue |
|   | The Presidio of San Francisco |
|   | San Francisco, California 94129 |
| 6 | Telephone:    (415) 364-0060 |
|   | Facsimile:    (415) 364-0060 |
| 7 | lk@kievelaw.com |
| 8 | Counsel for plaintiff Silgan Containers Corporation |
| 10 | McCurdy & Fuller LLP |
| 11 | By /s/ Mary P. McCurdy |
| 12 | Mary P. McCurdy (Bar 116812) |
| 14 | 4300 Bohannon Drive |
|   | Suite 240 |
|   | Menlo Park, California 94025 |
| 15 | Telephone:    (650) 618-3500 |
|   | Facsimile:    (650) 618-3599 |
| 16 | mary.mccurdy@mccurdylawyers.com |
| 17 | Bates & Carey, LLP |
|   | Richard H. Nicolaides |
| 19 | 191 North Wacker |
|   | Suite 2400 |
| 20 | Chicago, Illinois 60606 |
|   | Telephone:    (312) 762-3100 |
| 21 | Facsimile:    (312) 762-3200 |
|   | rnicolaides@batescarey.com |
| 23 | Counsel for defendant National Union Fire Insurance Company of Pittsburgh, PA |
| 25 | Sedgwick, Detert, Moran & Arnold LLP |
| 26 | By_____ |
| 27 | Bruce D. Celebrezze (Bar 102181) |

Stipulation and [proposed] Order                2                Civil Action No. 08-02246 PJH

| | |
|---|---|
| 1  July 15, 2008 | Kieve Law Offices, Inc. |
| 2 | By_____ |
| 3 | Loren Kieve (Bar 56280) |
| 4 | |
| 5 | 5A Funston Avenue<br>The Presidio of San Francisco<br>San Francisco, California 94129 |
| 6 | Telephone:   (415) 364-0060<br>Facsimile:    (415) 364-0060 |
| 7 | lk@kievelaw.com |
| 8 | Counsel for plaintiff Silgan Containers Corporation |
| 9 | |
| 10 | McCurdy & Fuller LLP |
| 11 | By_____ |
| 12 | Mary P. McCurdy (Bar 116812) |
| 13 | |
| 14 | 4300 Bohannon Drive<br>Suite 240 |
| 15 | Menlo Park, California 94025<br>Telephone:   (650) 618-3500 |
| 16 | Facsimile:    (650) 618-3599<br>mary.mccurdy@mccurdylawyers.com |
| 17 | Bates & Carey, LLP |
| 18 | Richard H. Nicolaides |
| 19 | 191 North Wacker |
| 20 | Suite 2400<br>Chicago, Illinois 60606 |
| 21 | Telephone:   (312) 762-3100<br>Facsimile:    (312) 762-3200 |
| 22 | rnicolaides@batescarey.com |
| 23 | Counsel for defendant National Union Fire Insurance Company of Pittsburgh, PA |
| 24 | |
| 25 | Sedgwick, Detert, Moran & Arnold LLP |
| 26 | By _/s/ Bruce Celebrezze_ |
| 27 | Bruce D. Celebrezze (Bar 102181) |
| 28 | |

Stipulation and [proposed] Order        2                    Civil Action No. 08-02246 PJH

1  
2  
3  
4  
5  

One Market Plaza  
Steuart Tower, 8th Floor  
San Francisco, California 94105  
Telephone:  (415) 781-7900  
Facsimile:   (415) 781-2635  
bruce.celebrezze@sdma.com  

Counsel for defendant Zurich  
American Insurance Company  

6  
7  PURSUANT TO STIPULATON, IT IS SO ORDERED,  
8  This _____ day of July, 2008.  

9  
10  
                                       Phyllis J. Hamilton  
                                       United States District Judge  

11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28