KIEVE LAW OFFICES, INC.
   Loren Kieve (Bar No. 56280)

5A Funston Avenue
The Presidio of San Francisco
San Francisco, California 94129
Telephone:   (415) 364-0060
Facsimile:   (415) 364-0060
lk@kievelaw.com

Counsel for plaintiff Silgan Containers Corporation

(Counsel for other parties listed in the signature blocks below)

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SILGAN CONTAINERS CORPORATION,<br><br>             Plaintiff,<br><br>   vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ZURICH AMERICAN INSURANCE COMPANY,<br><br>             Defendants. | Civil Action No. C 08-02246 PJH<br><br>Stipulation and [~~proposed~~] Order Further Extending Time to Respond to the Complaint and Extending the Date for the Initial Case Management Conference Pending Mediation by the Parties of Their Dispute |

The parties hereby stipulate and respectfully request that the Court order that

(a) the defendants' time to respond to the complaint be further extended to and including October 15, 2008; and

(b) the initial case management conference, now set for August 7, 2008, be reset for a date convenient to the Court on or around October 15, 2008.

The reason for this stipulation and the requested order is that the parties are in the process of arranging a mediation of their dispute, to be held on September 23 and 24, 2008. If mediation is successful, it will obviate the need for further proceedings.

Stipulation and [proposed] Order                     1                     Civil Action No. 08-02246 PJH

| | |
|---|---|
| 1  July 15, 2008 | Kieve Law Offices, Inc. |
| 2 | By /s/ Loren Kieve |
| 3 | Loren Kieve (Bar 56280) |
| 4 | |
| 5 | 5A Funston Avenue<br>The Presidio of San Francisco<br>San Francisco, California 94129 |
| 6 | Telephone:   (415) 364-0060<br>Facsimile:    (415) 364-0060 |
| 7 | lk@kievelaw.com |
| 8 | Counsel for plaintiff Silgan Containers Corporation |
| 9 | |
| 10 | McCurdy & Fuller LLP |
| 11 | By /s/ Mary P. McCurdy |
| 12 | Mary P. McCurdy (Bar 116812) |
| 13 | |
| 14 | 4300 Bohannon Drive<br>Suite 240 |
| 15 | Menlo Park, California 94025<br>Telephone:   (650) 618-3500 |
| 16 | Facsimile:    (650) 618-3599<br>mary.mccurdy@mccurdylawyers.com |
| 17 | Bates & Carey, LLP |
| 18 | Richard H. Nicolaides |
| 19 | 191 North Wacker |
| 20 | Suite 2400<br>Chicago, Illinois 60606 |
| 21 | Telephone:   (312) 762-3100<br>Facsimile:    (312) 762-3200 |
| 22 | rnicolaides@batescarey.com |
| 23 | Counsel for defendant National Union Fire Insurance Company of Pittsburgh, |
| 24 | PA |
| 25 | Sedgwick, Detert, Moran & Arnold LLP |
| 26 | By_____ |
| 27 | Bruce D. Celebrezze (Bar 102181) |
| 28 | |

Stipulation and [proposed] Order        2        Civil Action No. 08-02246 PJH

```
 1 | July 15, 2008                              Kieve Law Offices, Inc.
 2 |                                            By_____
 3 |                                             Loren Kieve (Bar 56280)
 4 |
 5 |                                            5A Funston Avenue
   |                                            The Presidio of San Francisco
 6 |                                            San Francisco, California 94129
   |                                            Telephone:   (415) 364-0060
 7 |                                            Facsimile:   (415) 364-0060
   |                                            lk@kievelaw.com
 8 |                                            Counsel for plaintiff Silgan Containers
 9 |                                            Corporation
10 |                                            McCurdy & Fuller LLP
11 |                                            By_____
12 |                                            Mary P. McCurdy (Bar 116812)
13 |
14 |                                            4300 Bohannon Drive
   |                                            Suite 240
15 |                                            Menlo Park, California 94025
   |                                            Telephone:   (650) 618-3500
16 |                                            Facsimile:   (650) 618-3599
   |                                            mary.mccurdy@mccurdylawyers.com
17 |                                            Bates & Carey, LLP
18 |                                            Richard H. Nicolaides
19 |                                            191 North Wacker
   |                                            Suite 2400
20 |                                            Chicago, Illinois 60606
   |                                            Telephone:   (312) 762-3100
21 |                                            Facsimile:   (312) 762-3200
   |                                            rnicolaides@batescarey.com
22 |
23 |                                            Counsel for defendant National Union
   |                                            Fire Insurance Company of Pittsburgh,
24 |                                            PA
25 |                                            Sedgwick, Detert, Moran & Arnold LLP
26 |                                            By [signature]
27 |                                            Bruce D. Celebrezze (Bar 102181)
28 |
```

Stipulation and [proposed] Order               2                Civil Action No. 08-02246 PJH

1
2
3
4
5

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:   (415) 781-7900
Facsimile:    (415) 781-2635
bruce.celebrezze@sdma.com

Counsel for defendant Zurich
American Insurance Company

6
7  PURSUANT TO STIPULATON, IT IS SO ORDERED,
8  This __17th__ day of July, 2008.
9  CASE MANAGEMENT CONFERENCE SET
    FOR 10/23/08 AT 2:30 P.M.  A JOINT CASE
10  MANAGEMENT CONFERENCE
    STATEMENT SHALL BE FILED BY
11  10/16/08.
12
13
14
15
16
17
18
19
20
21
22
23   .
24
25
26
27
28

Phyllis J. Hamilton
United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Phyllis J. Hamilton]*

Stipulation and [proposed] Order        3           Civil Action No. 08-02246 PJH