1  KIEVE LAW OFFICES, INC.
   Loren Kieve (Bar No. 56280)

5A Funston Avenue
The Presidio of San Francisco
San Francisco, California  94129
Telephone:   (415) 364-0060
Facsimile:   (435) 304-0060
lk@kievelaw.com

Counsel for plaintiff Silgan Containers Corporation

(Other counsel listed in the signature blocks below)

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SILGAN CONTAINERS CORPORATION,<br><br>      Plaintiff,<br><br>    vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ZURICH AMERICAN INSURANCE COMPANY,<br><br>      Defendants. | Civil Action No. C 08-02246 PJH<br><br>Stipulation and [~~proposed~~] Order of Dismissal of defendant Zurich American Insurance Company<br><br>Fed. R. Civ. P. 41(a)(2) |

     Plaintiff Silgan Containers Corporation ("Silgan") and defendant Zurich American Insurance Company ("Zurich") hereby stipulate that Silgan's claims against Zurich in this action are hereby dismissed with prejudice and without costs to either side.  (Silgan is not dismissing its remaining claims against defendant National Union Fire Insurance Company of Pittsburgh, Pa.)

December 29, 2008                             KIEVE LAW OFFICES, INC.

                                                    By  /s/ Loren Kieve

                                                Loren Kieve (Bar 56280)

                                                5A Funston Avenue
                                                The Presidio of San Francisco

|   |   |
|---|---|
| 1 | San Francisco, California  94129 |
| 2 | Telephone:     (415) 364-0060<br>Facsimile:      (435) 304-0060 |
| 3 | lk@kievelaw.com |
| 4 | Counsel for plaintiff Silgan Containers Corporation |
| 5 |   |
| 6 | SEDGWICK, DETERT, MORAN & ARNOLD  LLP |
| 7 | By_/s/_____ |
| 8 | Bruce D. Celebrezze (Bar 102181) |
| 9 |   |
| 10 | One Market Plaza<br>Steuart Tower, 8th Floor |
| 11 | San Francisco, California 94105<br>Telephone:     (415) 781-7900 |
| 12 | Facsimile:      (415) 781-2635<br>bruce.celebrezze@sdma.com |
| 13 | Counsel for defendant Zurich American Insurance Company |

So ordered:

Dated: _January 5_____, 200_9_

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stipulation of Dismissal                  2                  Civil Action No. 08-02246 PJH