| | |
|---|---|
| 1 | KIEVE LAW OFFICES |
| | Loren Kieve (Bar No. 56280) |
| 2 | 5A Funston Avenue |
| | The Presidio of San Francisco |
| 3 | San Francisco, California  94129-1110 |
| | Telephone:     (415) 364-0060 |
| 4 | Facsimile:      (435) 304-0060 |
| | lk@kievelaw.com |
| 5 | |
| | Counsel for plaintiff Silgan Containers |
| 6 | Corporation |
| 7 | MCCURDY & FULLER LLP |
| | Mary P. McCurdy (Bar No. 116812) |
| 8 | 4300 Bohannon Drive, Suite 240 |
| | Menlo Park, California 94025 |
| 9 | Telephone:     (650) 618-3500 |
| 10 | Facsimile:      (650) 618-3599 |
| | mary.mccurdy@mccurdylawyers.com |
| 11 | |
| 12 | BATES & CAREY LLP |
| | Richard H. Nicolaides, Jr. (*pro hac vice*) |
| 13 | James F. Baffa (*pro hac vice*) |
| | 191 North Wacker, Suite 2400 |
| 14 | Chicago, Illinois 60606 |
| | Telephone:     (312) 762-3100 |
| 15 | Facsimile:      (312) 762-3200 |
| | rnicolaides@batescarey.com |
| 16 | jbaffa@batescarey.com |
| 17 | Counsel for defendant National Union |
| 18 | Fire Insurance Company of Pittsburgh, Pa. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SILGAN CONTAINERS CORPORATION, | Civil Action No. 4:08-cv-2246 (PJH) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER OF DISMISSAL |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and ZURICH AMERICAN INSURANCE COMPANY, | Hearing Date:      April 15 , 2010<br>Hearing Time:     2:00 p.m.<br>Courtroom:          3 |
| Defendants. | **Honorable Phyllis J. Hamilton**<br>**United States District Judge** |

Upon consideration of the parties' Joint Motion Regarding the Remaining Claims of Plaintiff Silgan Containers Corporation ("Silgan") and to Strike the Case Management Conference and Excuse Filing of Supplemental Joint Case Management Statement, the Court hereby strikes the April 15, 2010 case management conference from the calendar and excuses the parties' filing of a supplemental joint case management statement.

Because the Court's entry of partial summary judgment finding that defendant National Union Fire Insurance Company of Pittsburgh, Pa. had no legal duty to pay for the underlying Del Monte fruit cup claim also bars Silgan's remaining "bad faith" claims (Counts One, Three and Four), the Court hereby dismisses Silgan's remaining claims with prejudice and directs the Clerk of the Court to enter final judgment.

So Ordered.

Dated: April 9, 2010

_____
**Honorable Phyllis J. Hamilton**
**United States District Judge**

340342 / 5589